

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00144-CV

———————————————

IN RE C.L., Relator

---

Original Proceeding
360th District Court of Tarrant County, Texas
Trial Court No. 360-739562-23

---

Before Bassel, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: March 31, 2025